IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES D. BULGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:22-CV-318-WKW |
| | ) [WO] |
| PIKE ROAD INVESTMENTS, LLC, | ) |
| *et al.,* | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of Defendant and against Plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. The Clerk of the Court is DIRECTED to close this case.

DONE this 7th day of September, 2023.

                                              /s/ W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE